WILLIAM COOPER, Jr., Respondent, *v.* THE EASTERN TRANSPORTATION LINE, Appellant, Impleaded with JEREMIAH J. AUSTIN.

Judgment reversed; new trial ordered; order to be settled on two days' notice by the presiding justice.

Opinion by Davis, P. J.

---

NATHAN W. LEACH, Appellant, *v.* ELLEN BERGEN, Administratrix, etc., of PATRICK BERGEN, Deceased, Respondent.

Judgment and order affirmed.

Opinion by Barrett, J.

---

SHEPPARD KNAPP, Respondent, *v.* LEWIS G. FRANCIS, Appellant.

Order affirmed, with ten dollars costs and disbursements.

Opinion by Barrett, J.

---

JEREMIAH PANGBURN, Appellant, *v.* WILLIAM H. MILES, sole Executor, etc., of ELEANOR WEBB, Deceased, Respondent.

Judgment reversed as to costs; judgment rendered as directed.

Opinion by Brady, J.

---

ARTHUR McGOLDRICK, Respondent, *v* WILLIAM C. TRAPHAGEN, Executor, etc., of JAMES W. WILSON, Deceased, Appellant.

Judgment affirmed, without costs.

Opinion by Brady, J.

---

ELMORE A. KENT, Respondent. *v.* WILLIAM H. POPHAM, Appellant, Impleaded with FRANK J. BARRETTO and others.

Judgment reversed, new trial ordered, costs to abide event.

Opinion by Davis, P. J.